IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
) CASE NO. CR505-008
v. )
)
THOMAS HEATH HOLMES )
MARK ASHLEY GRIFFIN )

## ORDER

The Court has been advised that all motions filed by Mark Ashley Griffin have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 23 day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE