UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

| | |
|---|---|
| United States of America <br> v. <br> Mark Ashley Griffin | ) <br> ) <br> ) Case No: 5:05-CR-00008-2 <br> ) USM No: 12245-021 |
| Date of Original Judgment: December 14, 2005 <br> Date of Previous Amended Judgment: Not Applicable <br> *(Use Date of Last Amended Judgment, if any)* | ) Harry D. Dixon, Jr. <br> ) Defendant's Attorney |

Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __110__ months **is reduced to** __70 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

[FILED U.S. DISTRICT COURT SAVANNAH DIV. JUN 11 2015 CLERK SO. DIST. OF GA]

Except as otherwise provided above, all provisions of the judgment dated __December 14, 2005,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __June 10, 2015__

Judge's signature

Effective Date: __November 1, 2015__
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
*Printed name and title*